No. 73–6203. FOSTER *v.* MONTANYE, CORRECTIONAL SUPERINTENDENT. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Motion to defer consideration denied. Petition

for writ of certiorari denied as untimely filed. 28 U. S. C. § 2101 (c).